NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLDS INC.,**

*Plaintiff-Appellant*

**v.**

**ACTIVISION BLIZZARD INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC.,**

*Defendants-Appellees*

---

2021-1990

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:12-cv-10576-DJC, Judge Denise J. Casper.

---

**JUDGMENT**

---

WAYNE MICHAEL HELGE, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for plaintiff-appellant. Also represented by ALDO NOTO, JAMES THOMAS WILSON.

KEVIN SCOTT PRUSSIA, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for defendants-appellees. Also represented by SONAL NARESH MEHTA, JENNIFER JASMINE JOHN, Palo Alto, CA.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

　　PER CURIAM (MOORE, *Chief Judge*, CHEN and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 10, 2022</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |